UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK,
and NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

                    Petitioners,         22 **CIVIL** 4078 (ER)

   -against-                      **JUDGMENT**

PROVIDENCE CONSTRUCTION CORP.,

                    Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 19, 2024, the petition to confirm the award is GRANTED. The judgment is entered in favor of Petitioners in the amount of $29,635.97, consisting of: (i) the arbitration award of $27,467.97; (ii) $2,091 in attorney fees; and (iii) $77 in costs. Post judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
        August 20, 2024

                                               **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                             BY:
                                            **Deputy Clerk**